UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| BRIAN EARLY | CASE NO. 2:22-cv-02593-CJB-KWR |
|---|---|
| VS. | SECTION: "J" |
|  | JUDGE CARL BARBIER |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiff Brian Early and Defendant Allstate Indemnity Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

NEW ORLEANS, LOUISIANA THIS 3RD DAY OF OCTOBER 2023.

_____
CARL J. BARBIER
DISTRICT COURT JUDGE